CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Erica Choi (Bar No. 302351)
(E-Mail: erica_choi@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SERGEY OCHIGAVA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEY OCHIGAVA,<br><br>    Defendant. | Case No. 2:23-cr-567-GW<br><br>**DEFENDANT'S WAIVER OF PRESENCE AT FINAL PRETRIAL CONFERENCE** |

    Sergey Ochigava, by and thorough his counsel of record, Deputy Federal Public Defender Erica Choi, hereby files a written waiver of presence at the Final Pretrial Conference on January 22, 2024. This waiver is submitted to supplement the oral waiver of presence made through counsel on January 22, 2024.

                                                              Respectfully submitted,

                                                              CUAUHTEMOC ORTEGA
                                                              Federal Public Defender

DATED: January 23, 2024        By  */s/ Erica Choi*
                                                 ERICA CHOI
                                                 Deputy Federal Public Defender
                                                 Attorney for SERGEY OCHIGAVA

## DECLARATION OF SERGEY OCHIGAVA

I, Sergey Ochigava, hereby state and declare as follows:

1. I am the defendant in the above-captioned case.
2. I have entered a plea of not guilty.
3. I understand Jury Trial is scheduled to begin on January 23, 2024, with a Final Pretrial Conference on January 22, 2024.
4. I wish to waive my right to be present at the Final Pretrial Conference.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:                                By _____
                                         SERGEY OCHIGAVA


## CERTIFICATE OF INTERPRETER

I, Vladimir Ferkelman, am fluent in the written and spoken English and Russian languages. I accurately translated this entire Declaration of Sergey Ochigava from English into Russian to defendant Sergey Ochigava on this date.

DATED:                                _____
                                         Vladimir Ferkelman
                                         INTERPRETER

3

## WAIVER OF PRESENCE

Sergey Ochigava hereby waives his right to be present in person in open court at the Final Pretrial Conference on January 22, 2024. Mr. Ochigava requests the Court proceed with Final Pretrial Conference during his absence, which the Court may permit pursuant to this waiver, the attached declaration, and Federal Rule of Criminal Procedure 43. He agrees that his interests will be deemed represented by the presence of his attorney, the same as if he himself was personally present in Court, at all times at the Final Pretrial Conference.

Respectfully submitted,

DATED: By _____
SERGEY OCHIGAVA

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: By _____
ERICA CHOI
Deputy Federal Public Defender
Attorney for SERGEY OCHIGAVA

## CERTIFICATE OF INTERPRETER

I, Vladimir Ferkelman, am fluent in the written and spoken English and Russian languages. I accurately translated this entire Wavier of Presence at Final Pretrial Conference from English into Russian to defendant Sergey Ochigava on this date.

DATED: _____
Vladimir Ferkelman
INTERPRETER

2